**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TODD HAFER and KATHRYN A. HAFER, INDIVIDUALLY, and KATHRYN A. HAFER, as ADMINISTRATRIX of the ESTATE of RICHARD N. HAFER, DECEDENT, | No. 4:24-CV-00044 |
| | (Chief Judge Brann) |
| Plaintiffs, | |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

### FEBRUARY 15, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.   Defendant's Motion to Dismiss (Doc. 3) is **GRANTED**;

2.   Defendant Allstate Insurance Company is **DISMISSED WITH PREJUDICE**; and

3.   The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge